UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MAY -9 2011

U.S. DISTRICT COURT
RICHMOND, VA

HAROLD SIMMONS,

     Plaintiff,

v.                Civil Action No.  3:10cv00687-JRS

McGAUGHEY, REBER & ASSOCIATES,
d/b/a DIVERSIFIED CREDIT SYSTEMS,

     Defendant.

## ORDER OF DISMISSAL

THIS DAY came the Plaintiff, Harold Simmons, by counsel, and represents to the Court

that all of the matters in controversy have been completely and definitively resolved between the

plaintiff and the defendant.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the claims set

forth in the complaint filed herein by the plaintiff against the defendant had been settled and that

said complaint should be dismissed with prejudice, it is therefore,

ORDERED, ADJUDGED and DECREED that the complaint heretofore filed by Harold

Simmons against McGaughey, Reber & Associates d/b/a Diversified Credit Systems, be and it is

hereby dismissed with prejudice.  And nothing further, this matter is stricken from the docket

and placed among the ended causes.

ENTERED this __9th__ day of __May__, 2011

## SO ORDERED



___/s/___
James R. Spencer
Chief United States District Judge

We ask for this:

John Cole Gayle, Jr. (VSB No. 18833)
The Consumer Law Group, PC
3905 West Broad Street, Suite 303
Richmond, Virginia   23230
Telephone:     804-282-7900
Facsimile:     804-673-0316
jgayle@theconsumerlawgroup.com

*Counsel for Plaintiff*

Mark R. Colombell (VSB # 48183)
William D. Prince, IV (VSB # 77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Tel (804)649-7545
Fax (804)780-1813
mcolombell@t-mlaw.com
wprince@t-mlaw.com

*Counsel for Defendant McGaughey, Reber & Associates,
d/b/a Diversified Credit Systems*